UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| IN RE: § | |
| § | |
| JUAN MONTOYA § | CASE NO.  18-40157-R |
| XXX-XX-8557 § | |
| 11001 COUNTY ROAD 4027 § | CHAPTER 13 |
| KEMP, TX  75143 § | |
| § | |
| DEBTOR § | |

## NOTICE OF FILING OF FINAL REPORT AND ACCOUNT

NOTICE IS HEREBY GIVEN that the "Trustee's Final Report and Account" has been filed with the Court by the Chapter 13 Trustee, in the case referenced above.

The Trustee's Final Report and Account is available for public inspection using a public computer terminal at any of the following divisional offices of the United States Bankruptcy Clerk:

| Plaza Tower | Wells Fargo Bank Building | Jack Brooks Federal Building |
|---|---|---|
| 110 N. College Avenue, 9th Floor | 660 N. Central Expressway, 3rd Floor | 300 Willow Street, 1st Floor |
| Tyler, Texas | Plano, Texas | Beaumont, Texas |

The Trustee's Final Report and Account also may be viewed at the website of the Chapter 13 Trustee. To view the document, go to [www.ch13tyler.com (for John Talton) or www.13network.com/trustees/pla/plahome.asp (for Carey D. Ebert, Standing Chapter 13 Trustee, Plano)] and then click the hyperlink entitled "Final Reports" or "Trustee's Final Reports". Enter the case number. There is no charge to view, print or download this document from this website. (The Trustee's Final Report is also available through the Court's own PACER system, although appropriate charges for this service will be assessed.)

No hearing will be conducted on any aspect of the Trustee's Final Report unless a written objection is filed with the Clerk of the United States Bankruptcy Court and served upon the Chapter 13 Trustee at the address given in the Trustee's Final Report **within thirty (30) days from date of this notice**. If no objection is timely served and filed, the court may consider and approve the trustee's final report without the necessity of a hearing.

If a written objection is filed, then a hearing shall be scheduled and you will be notified.

Dated:   May 13, 2019                By:   /s/ Carey D. Ebert, Chapter 13 Trustee
                                          Office of the Standing Chapter 13 Trustee

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Notice of Filing of Final Report and Account has been served upon the following parties in interest on the date set forth below by mailing a copy of same to them via first class mail. If no address is listed, no notice was sent to that party.

JUAN MONTOYA
11001 COUNTY ROAD 4027
KEMP, TX  75143


TORONJO & PROSSER LAW
8150 N CENTRAL EXPRESSWAY
SUITE 975
DALLAS, TX  75206-1815

and to the parties on the attached mailing matrix.

Dated: May 13, 2019                                    /s/ Carey D. Ebert, Chapter 13 Tr
                                                        Office of the Standing Chapter 13 Trustee

PLA_Notice_TFR

| | | |
|---|---|---|
| AMERICAN HONDA FINANCE<br>3625 W. ROYAL LN.<br>IRVING, TX  75063 | AMERICAN HONDA FINANCE CORPORATION<br>P.O. BOX 168088<br>IRVING, TX  75016-8088 | ASCENTIUM CAPITAL LLC<br>23970 US HWY 59 N<br>KINGWOOD,   77339 |
| BARRETT DAFFIN FRAPPIER TURNER ENGEL<br>ABBEY DREHER<br>4004 BELT LINE ROAD SUITE 100<br>ADDISON, TX  75001 | BAYVIEW LOAN SERVICING<br>4425 PONCE DE LEON BLVD<br>ATTN CASH DEPT<br>CORAL GABLES, FL  33146 | BMO HARRIS BANK N.A.<br>3925 FOUNTAINS BLVD NE SUITE 105<br>CEDAR RAPIDS, IA  52411 |
| BMO HARRIS BANK N.A.<br>PO BOX 71951<br>CHICAGO, IL  60694 | BMO TRANSPORTATION FINANCE<br>PO BOX 71951<br>CHICAGO, IL  60694 | CARECREDIT<br>PO BOX 965036<br>ORLANDO, FL  32896 |
| CAREY D. EBERT<br>PO BOX 941166<br>PLANO, TX  75094 | CHASE CARD<br>P.O. BOX 15298<br>WILMINGTON, DE  19850 | CHASE HOME MORTGAGE<br>P.O. BOX 24696<br>COLUMBUS, OH  43224 |
| CHASE MORTGAGE<br>P.O. BOX 24696<br>COLUMBUS, OH  43224 | DON CARRO<br>538 S. BUCKNER BLVD<br>DALLAS,   75217 | DON CARRO<br>8045 E. RL THORNTON FWY<br>DALLAS, TX  75227 |
| GAIL E. STOCK<br>JAMESON & DUNAGAN, P.C.<br>5429 LBJ FREEWAY, SUITE 700<br>DALLAS, TX  75240 | INTERNAL REVENUE SERVICE<br>P.O BOX 7346<br>PHILADELPHIA, PA  19101 | JAMESON & DUNAGAN, P.C.<br>5429 LBJ FREEWAY, SUITE 700<br>DALLAS, TX  75240 |
| KAUFMAN COUNTY APPRAISAL DISTRICT<br>PO BOX 819<br>KAUFMAN, TX  75142 | LINEBARGER GOGGAN BLAIR & SAMPSON<br>2777 N. STEMMONS FREEWAY<br>SUITE 1000<br>DALLAS, TX  75207 | MCCARTHY & HOLTHUS, LLP<br>1255 WEST 15TH STREET SUITE 1060<br>PLANO, TX  75075 |
| PRA RECEIVABLES MANAGEMENT LL<br>PO BOX 41021<br>NORFOLK, VA  23541 | SYNCHRONY BANK<br>C/O PRA RECEIVABLES MANAGEMEN LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | SYNCHRONY BANK/LOWES<br>P.O. BOX 965005<br>ORLANDO, FL  32896 |
| TEXAS ALCOHOL BEVERAGE COMMISSIONS<br>P.O. BOX 13127<br>AUSTIN, TX  78711-1270 | TEXAS ATTORNEY GENERAL'S OFFIC<br>P.O. BOX 12548<br>AUSTIN, TX  78711 | TEXAS WORKFORCE COMMISSION<br>TEC BUILDING-BANKRUPTCY<br>101 EAST 15TH STREET<br>AUSTIN, TX  78778 |

| | |
|---|---|
| TORONJO & PROSSER LAW<br>8150 N CENTRAL EXPRESSWAY<br>SUITE 975<br>DALLAS, TX  75206-1815 | U.S. TRUSTEE<br>110 NORTH COLLEGE AVENUE<br>RM 300<br>TYLER, TX  75702 |

PLA_Notice_TFR